**\*\* E-filed April 4, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHINYERE EGU,<br>　　　　Plaintiff,<br>　v.<br>FIRST INTEGRAL RECOVERY, LLC,<br>　　　　Defendant.<br>_____/ | No. C12-00341 HRL<br><br>**CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　PLEASE TAKE NOTICE THAT, in view of the fact that the defendant has yet to appear in this action, the Initial Case Management Conference, currently set for April 10, 2012, has been continued to **June 5, 2012 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California.

Dated: April 4, 2012

　　　　　　　　　　　　　　　　　　　　/s/ AJM
　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**C 12-00341 HRL Notice will be electronically mailed to:**

G. Thomas Martin          tom@plglawfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**