**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 17, 2012

RE: <u>CV 12-00341 HRL</u>   <u>CHINYERE EGU-v- FIRST INTEGRAL RECOVERY LLC.</u>

Default is entered as to defendant **First Integral Recovery, LLC** on 5/16/2012.

RICHARD W. WIEKING, Clerk

*Betty Walton* (signature)

by <u>Betty Walton</u>
Case Systems Administrator

NDC TR-4 Rev. 3/89

DEFAULT ENTERED
MAY 1 6 2012
RICHARD W. WIEKING, CLERK
By ALBERT J YOUNGER
Deputy Clerk

G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
CHINYERE EGU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE EGU | Case No. 12-cv-00341-HRL |
| Plaintiff, | **MOTION FOR ENTRY OF DEFAULT AND DECLARATION OF G. THOMAS MARTIN, III IN SUPPORT THEREOF** |
| vs. | |
| FIRST INTEGRAL RECOVERY, LLC. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the Plaintiff, CHINYERE EGU by and through her attorneys, hereby requests that this court make an entry of default against Defendant, FIRST INTEGRAL RECOVERY, LLC., as defendant has failed to timely answer or otherwise defend itself from Plaintiff's complaint. The instant motion is based upon the following facts and the supporting declaration by plaintiff's counsel.

RESPECTFULLY SUBMITTED,

DATED: May 15, 2012          **PRICE LAW GROUP APC**

By:   /s/ G. Thomas Martin, III
      **G. Thomas Martin, III**
      Attorneys for Plaintiff