G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
CHINYERE EGU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINYERE EGU, | Case No.: 5:12-cv-00341-HRL |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| FIRST INTEGRAL RECOVERY, LLC; and DOES 1 to 10, inclusive, | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff CHINYERE EGU (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

|   |   |   |
|---|---|---|
| 1 |   | RESPECTFULLY SUBMITTED, |
| 2 | DATED: July 24, 2012 | **PRICE LAW GROUP APC** |
| 4 |   | By: /s/ G. Thomas Martin, III |
| 5 |   | G. Thomas Martin, III<br>Attorney for Plaintiff |